**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juvencio Murillo LOPEZ,**
**Defendant–Appellant.**

No. 02–10582.
D.C. No. CR–01–01112–SRB.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Georgia B. Ellexson, Esq., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

## MEMORANDUM **

Juvencio Murillo Lopez appeals his guilty-plea conviction and 57–month sentence for possession with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lopez has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Lopez has filed a pro se supplemental brief and a request for judicial notice.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANT-

ED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

